**Order entered August 11, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00833-CR

### KOBEY WAYNE KELLY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F13-16775-V**

## ORDER

By letter dated July 15, 2015, the Court notified the trial court that the record does not contain a certification of appellant's right to appeal. The trial court is required to prepare a certification of the right to appeal in every case in which the defendant is appealing. *See* Tex. R. App. P. 25.2(a); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013). Therefore, we asked the trial court to file, within ten days, a certification that accurately reflects the trial court proceedings. To date, we have not received the certification of appellant's right to appeal, nor have we received any correspondence regarding the status of the certification.

Accordingly, we **ORDER** the trial court to prepare and file with this Court, within **TEN DAYS** of the date of this order, a certification of appellant's right to appeal that accurately reflects the trial court proceedings.

We **DIRECT** the Clerk to send copies of this order to the Honorable Brandon Birmingham, Presiding Judge, 292nd Judicial District Court; Felicia Pitre, Dallas County District Clerk; and to counsel for all parties.

/s/    LANA MYERS
         JUSTICE